# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JAMES R. ZUEGEL,<br><br>  Plaintiff,<br><br>v.<br><br>MARCO GARCIA, et al.,<br><br>  Defendants. | Case No. 21-cv-07538-BLF<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff is ORDERED TO SHOW CAUSE, in writing and **on or before January 14, 2022**, why this case should not be dismissed for failure to effect service of process within the time provided under Federal Rule of Civil Procedure 4(m). This order to show cause may be discharged upon filing a timely proof or waiver of service as to each named defendant.

**IT IS SO ORDERED.**

Dated: December 28, 2021

_____
BETH LABSON FREEMAN
United States District Judge