# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JAMES R. ZUEGEL,<br><br>   Plaintiff,<br><br>v.<br><br>MARCO GARCIA, et al.,<br><br>   Defendants. | Case No. 21-cv-07538-BLF<br><br>**ORDER ADMONISHING PLAINTIFF FOR NONCOMPLIANCE WITH THE STANDING ORDER**<br><br>[Re: ECF No. 36] |

On August 25, 2022, Plaintiff filed a memorandum in support of his Rule 59/60 motion. *See* ECF No. 36. The Court hereby ADMONISHES Plaintiff for failing to comply with the Court's Standing Orders. *See* Civil Standing Order § IV.F ("Footnotes shall be no less than 12-point type and shall be double-spaced. Footnotes shall not be used to cite to legal authorities or evidence."). The Court will strike any future briefs that fail to conform to the Court's Standing Orders.

**IT IS SO ORDERED.**

Dated: August 26, 2022

*/s/ Beth Labson Freeman*
_____
BETH LABSON FREEMAN
United States District Judge